PROB 12C - (Rev. D/NM-8/2014)                                                                       243322

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Danielle McKee |
| Docket Number: | 1084 2:13CR02861 -002RB |
| Assigned Judge: | Honorable Robert C. Brack, United States District Judge |
| Date of Original Sentence: | 08/04/2015 |
| Original Offense: | 21 U.S.C. 846: Conspiracy to Possess with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine  21 U.S.C. 841(a)(1) and 21 U.S.C. 841(b)(1)(C): Possession With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine  21 U.S.C. 841(a)(1) and 21 U.S.C. 841(b)(1)(C): Possession With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine |
| Original Sentence: | BOP: 41 Months; TSR: 3 Years |
| Date Supervision Commenced: | 08/19/2016 |
| Date Supervision Expires: | 08/18/2019 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Luis Rodriguez, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | The defendant must participate in and successfully complete an outpatient substance abuse treatment program approved by the probation officer, which may include testing. The defendant is prohibited from obstructing or attempting to obstruct or tamper, in any fashion, with the collection, efficiency and accuracy of any substance abuse testing device or procedure. The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Office. |
| | The United States Probation Office for the District of Arizona reported the defendant failed to attend the following substance abuse counseling sessions: October 5, 2016; October 20, 2016; October 27, 2016; and November 17, 2016. |
| SPC | The defendant must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the probation officer. |
| | The United States Probation Office for the District of Arizona reported the defendant failed to |

attend the following mental health counseling sessions: October 5, 2016; October 20, 2016; October 27, 2016; and November 17, 2016.

SC — The defendant shall not leave the judicial district without the permission of the court or probation officer.

The United States Probation Office for the District of Arizona reported that on December 29, 2016, the defendant made telephonic contact with her supervising officer and reported she had left the District of Arizona without permission and had returned to New Mexico to live. On January 3, 2017, the defendant again made telephonic contact with the supervising officer and reported she was now living at 1809 Park Alamogordo, New Mexico 88310.

SC — The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

The United States Probation Office for the District of Arizona reported that on November 29, 2016, the defendant's supervising officer conducted a home visit to the defendant's apartment and encountered an apartment maintenance crew who were working on the apartment. The apartment maintenance crew advised the officer that the apartment had been abandoned and damaged. The officer entered the apartment and observed holes and writing on the walls and confirmed that the apartment was vacant and abandoned. The defendant never notified the supervising officer of a change in residence.

The maximum statutory penalty: 2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment: 4 to 10 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/26/2017.

Submitted:

Luis Rodriguez
U.S. Probation Officer

Approved: ☒ Phone Approval

Alfred Perez
(575) 323-5239
Assistant U.S. Attorney

Date: 01/26/2017