# VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET

|  |  | Time In: | **9:04  A.M.** | Time Out: | **9:39  A.M.** | **(35 MINUTES)** |
|---|---|---|---|---|---|---|
|  |  | Date: | **5/25/2017** |  |  |  |
|  | Cr. No. | **13-2861  RB** | USA v. | **McKEE** |  |  |
|  |  | The Honorable | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** |  |  |  |
| Clerk: | **JESSICA CHAVEZ** |  | Court Reporter: |  | **VANESSA ALYCE** |  |
| Defendant: | **DANIELLE McKEE** |  | Defendant's Counsel: |  | **MARIO CARREON** |  |
| AUSA: | **MARIA ARMIJO** |  | Probation Officer: |  | **LUIS RODRIGUEZ** |  |
| VSR Held: | **LAS CRUCES** |  | Interpreter: |  | **NONE** |  |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| **X** | Defendant sworn |
| **X** | Court questions Defendant regarding his physical and mental conditions |
| **X** | Court finds Defendant competent to proceed |
| **X** | Court advises Defendant of his rights |
| **X** | Court advises / confirms Defendant is aware of charges and possible penalty |
| **X** | Defendant **ADMITS** violation(s):    SPC, SPC, SC, SC |
| **X** | Proceed to sentencing |
| **X** | Violation Report **WAIVED** |

## SENTENCE IMPOSED

| Supervision imposed: |  | Imprisonment: | **4 MONTHS** | Supervised Release: | **2 YEARS** |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| | |
|---|---|
| **X** | The defendant must comply with the mandatory and standard conditions of supervised release. The following special conditions are imposed: You must participate in an outpatient substance abuse treatment program etc. You must submit to substance abuse testing etc.; You must submit to a search of your person, property etc.; You must participate in a mental health treatment program etc.; You must not use or possess alcohol. You must enter and successfully complete an inpatient substance abuse treatment. You must reside at a residential re-entry center for a period of up to six (6) months. |

## OTHER

| | |
|---|---|
| **x** | **ADVISED OF** Appeal Rights |
| **X** | **HELD IN CUSTODY** |
|  | Recommended place of incarceration |
| NOTES: |  |